

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

05CV432

DARELL DWAYNE WHITE     CIVIL ACTION NO. 1:~~06CV432~~

VERSUS     JUDGE DRELL

WARDEN, LA STATE PENITENTIARY     MAGISTRATE JUDGE KIRK

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

**X**    The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___    The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at ALEXANDRIA, Louisiana, this 10th Day of January, 2007.

Dee D. Drell
UNITED STATES DISTRICT JUDGE